JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIC NORWOOD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHILDREN AND YOUTH SERVICES, INC.,<br>WEST RIDGE ACADEMY, AND<br>DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No. CV10- 7944 GAF (MANx)<br><br>[Case Assigned to Hon. Gary A. Feess]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   October 21, 2010<br>Trial:                        Vacated<br><br>Hon. Michael R. Wilner |

Pursuant to the parties' Stipulation for Dismissal with Prejudice filed on March 7, 2014, the Court hereby orders that this action be, and hereby is, dismissed with prejudice.

Dated: March 10, 2014

_____
 Honorable Gary A. Fees
 United States District Judge

**JS-6**

17271562.1

LA10CV07944GAF-O JS6.docx

1
ORDER OF DISMISSAL WITH PREJUDICE